

**Bryan Arbeit**
barbeit@forthepeople.com

February 27, 2025

**VIA ECF**

**MEMO ENDORSED**

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:  **Rose v. Nonni's Food LLC and Karen McCann, 24-cv-9053(JGLC)**

Dear Judge Clarke:

I represent the Plaintiff David Rose and write jointly with counsel for Defendants Nonni's Food LLC and Karen McCann (collectively, the "Parties") to respectfully request an adjournment of the initial pretrial conference scheduled for March 11, 2025. *See* D.E. 7. The Parties are currently in the process of scheduling the court-ordered mediation for a date in April 2025, and respectfully request that the initial pretrial conference be adjourned to a date in May 2025 so that the Parties can complete the mediation process before an initial pretrial conference. This is the first request for an adjournment of the initial pretrial conference and the Parties jointly make this adjournment request.

Respectfully submitted,

*/s/ Bryan Arbeit*
Bryan Arbeit

Application GRANTED. IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for March 11, 2025 at 10:00 a.m, is RESCHEDULED for May 13, 2025 at 3:00 p.m. The joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 7 shall be filed by May 6, 2025.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: February 28, 2025
      New York, New York

8151 Peters Road, Suite 4000, Plantation, FL 33324  |  (954) 694-9610  |  ForThePeople.com