

January 14, 2026

**MEMO ENDORSED**

**Via ECF**
Magistrate Judge Victoria Reznick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *David Rose v. Nonnis et al,,*
            7:24cv09053 (JGLC)

Dear Magistrate Judge Reznick:

      We represent Defendants Nonni's and Karen McCann (Defendants) in the above-referenced matter. We respectfully submit this letter motion requesting the settlement conference scheduled for January 20, 2026, at 2:30 be rescheduled. We make this request because Defendants' counsel has a conflict with another matter in which a settlement conference had previously been scheduled at 2:00 on the same date. Plaintiff's counsel consents to this request and this is the first request for a rescheduling of the settlement conference in this matter. The parties are not available on the following dates: February 5, 13, 27; March 4, 5 or 11.

      Accordingly, Defendants respectfully request the settlement conference scheduled in this matter be rescheduled for another date.

      Thank you for your consideration in this matter.

Adjournment is **GRANTED**.  The settlement conference is rescheduled for **March 18, 2026 at 2:30 pm**.  All procedures in the previous settlement conference order apply.  The Plaintiff's demand is now due March 4, 2026; the Defendant's response is now due March 11, 2026.

Respectfully submitted,

Andrea Moss
*Attorney for Defendants*

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: January 14, 2026

11 prospect street, suite 1a
huntington, ny 11743
t/f: 631.423.3440
sima.ali@alilawgroup.com
www.alilawgroup.com