

 **MEMO ENDORSED**

March 12, 2026

**Via ECF**
Magistrate Judge Victoria Reznick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The request for an adjournment is GRANTED.
The conference is now scheduled for April 2, 2026
at 2:30 pm.  The Plaintiff's demand should be communicated
by March 19, 2026; the Defendants response is due by
March 26, 2026.

Dated:  March 17, 2026          So ordered,

Re:     *David Rose v. Nonnis et al,,*
        7:24cv09053 (JGLC)

Dear Magistrate Judge Reznick:

This firm represents Defendants Nonnis and Karen McCann in the above-captioned action. Defendants respectfully request a brief adjournment of the settlement conference currently scheduled for March 18, 2026.

The basis for this request is that Defendants have recently retained new in-house counsel, who has only recently become aware of this litigation and requires a short period of time to evaluate the matter and decide on a settlement posture. Defendants' new counsel is not in a position to participate meaningfully in a settlement conference at this time, and it is Defendants' position that proceeding on the current date would not be a productive use of the Court's or the parties' resources.

This is Defendants' second request for an adjournment of this conference. The first request was to adjourn the January 20, 2026, conference was granted, and the Court set March 18, 2026, as the new date. Defendants regret the need for a further adjournment and appreciate the Court's patience.

Plaintiff does not consent to this request. Plaintiff's counsel has asked us to inform the Court that he believes that a settlement conference may be beneficial for the company's new in-house counsel to help decide whether to settle or litigate this case.

This adjournment request does not affect any other scheduled deadlines or dates in this matter.

Accordingly, Defendants respectfully request the settlement conference scheduled in this matter be rescheduled for another date.

11 prospect street, suite 1a
huntington, ny 11743
t/f: 631.423.3440
sima.ali@alilawgroup.com
www.alilawgroup.com

Thank you for your consideration in this matter.

Respectfully submitted,

Andrea Moss
*Attorney for Defendants*

2